**1**

**Frederick C. HICKS, Alien Property Custodian, et al., Appellants, v. BOATMEN'S BANK.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6836.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellants.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

**2**

**Frederick C. HICKS, Alien Property Custodian, et al., Appellants, v. August A. BUSCH.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6835.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellants.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

**3**

**Frederick C. HICKS, Alien Property Custodian, et al., Appellants, v. Lilly BUSCH.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6837.

Appeal from the District Court of the United States for the Eastern District of Missouri.

---

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellants.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

**4**

**Frederick C. HICKS, Alien Property Custodian, et al., Appellants, v. MERCANTILE TRUST CO.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6834.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellants.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court.

---

**5**

**Frederick C. HICKS, Alien Property Custodian, et al., Appellants, v. NORTHWESTERN TRUST COMPANY.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6833.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellants.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.